UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT MATTHEW THUM,<br><br>　　　　　　　Defendant. | Case No. MJ22-562<br><br>DETENTION ORDER |

Mr. Thum is charged with violations of supervised release in the District of Montana. The Court held a detention hearing on November 28, 2022, pursuant to 18 U.S.C. § 3143(a)(1), and based upon the reasons for detention as stated on the record and as hereafter set forth, finds:

### FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Mr. Thum poses a risk of nonappearance based on noncompliance while under supervision, and he was not interviewed so his updated background and ties to this district are unknown.

2. Mr. Thum poses a risk of danger due his violent criminal history, and noncompliance under terms of supervision.

3. Based on these findings, and for the reasons stated on the record, the Court finds

DETENTION ORDER - 1

that Mr. Thum has not provided clear and convincing evidence that he is unlikely to flee or that he does not pose a danger to the safety of other persons or the community if released pending his initial appearance in the District of Montana.

4. The record does not effectively rebut the presumption that no condition or combination of conditions other than detention will reasonably assure the appearance of Mr. Thum as required and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. Thum shall be detained pending initial appearance in the District of Montana and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Thum shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Thum is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Thum, to the United States Marshal, and to the United States Pretrial Services Officer.

//
//
//

DETENTION ORDER - 2

Dated this 28th day of November, 2022.

*[signature]*
MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 3